AO (Rev. 12/85) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at 1 o'clock and 7 min PM
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00049SOM (03) |
| FRANCISCO JAVIER OROZCO | |

(Name and Address of Defendant)

YOU ARE HEREBY COMMANDED TO ARREST FRANCISCO JAVIER OROZCO and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

COUNT 1:   Distribute & possess with intent to distribute methamphetamine

COUNT 2:   Possess with intent to distribute methamphetamine

COUNT 3:   Possess with intent to distribute cocaine

in violation of Title 21 United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B)

| Walter A.Y.H. Chinn | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ anraschong | January 30, 2003 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at         By: Leslie E. Kobayashi, United States Magistrate Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at
Burbank CA.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-30-03 | | |
| Date of Arrest 11/8/06 | | |