AO 422 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
--------- District of Hawaii ---------

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Case Number: CR 03-00049SOM 02

FRANCISCO   OROZCO aka "Paco"

(Name and Address of Defendant)



YOU ARE HEREBY COMMANDED TO ARREST FRANCISCO   OROZCO aka "Paco" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Superceding Indictment , charging him or her with (brief description of offense)

| | | |
|---|---|---|
| Conspiracy to distribute, possess with intent to distribute methamphetamine, Schedule II | | CT 1 |
| Attempt to possess with intent to distribute methamphetamine, Schedule II | CT 2 | |
| Attempt to possess with intent to distribute cocaine, Schedule II | CT 3 | |

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B); 18:2.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | July 22, 2004 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Burbank, CA._ | | |
| Date Received 8/9/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 11/8/06 | | *[signature]* |